UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **ED CV 12-1611-MWF(DTBx)**                              Dated: **February 5, 2014**

Title:     Luisa Smiley -v- Department of Developmental Services of the State of California, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                           None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Notice of Settlement filed February 5, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for June 9, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                                      Initials of Deputy Clerk   rs
CIVIL - GEN

-1-